**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ASHWANY ASHWANY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1699-G** |
| | ) | |
| **FRED FIGUEROA, Warden of Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Now before the Court is Petitioner Ashwany Ashwany's Motion to Enforce (Doc. No. 23). Having reviewed the relevant record, the Court finds that an expedited response is warranted.

IT IS THEREFORE ORDERED that Respondents shall file a written response to Petitioner's Motion to Enforce on or before November 10, 2026.

IT IS SO ORDERED this 6th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge