**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ASHWANY ASHWANY,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**FRED FIGUEROA, Warden of Diamondback Correctional Facility, et al.,**<br><br>**Respondents.** | **Case No. CIV-26-1699-G** |

**ORDER**

On October 29, 2026, the Court ordered Respondents to provide Petitioner Ashwany Ashwany with a bond hearing within seven days or otherwise to release him. *See* J. (Doc. No. 22).

On November 5, 2026, Petitioner filed a Motion to Enforce (Doc. No. 23), asserting that he had not received the bond hearing as ordered. Respondents have now responded (Doc. No. 25) and state that on October 18, 2026, Petitioner received "an individualized bond redetermination hearing pursuant to 8 U.S.C. § 1226(a)." *Id.* at 1. Attached to the Response is the decision of the Immigration Judge. *See id.* Ex. 1 (Doc. No. 25-1).

IT IS THEREFORE ORDERED that Petitioner's Motion to Enforce (Doc. No. 23) is DENIED AS MOOT.

IT IS SO ORDERED this 9th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge